United States District Court
Southern District of Texas

**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DYLAN FORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-481 |
| | § | |
| RODNEYSE BICHOTTE-HERMELYN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Plaintiff Dylan Ford filed a Complaint (Doc. 1) against Defendants Rodneyse Bichotte-Hermelyn, Brian Gotlieb, and Joy Campanelli.  In a three-sentence Complaint, Ford alleges that "Brian Gotlieb and Joy Campanelli obstructed justice[]" and that "Rodneyse Bichotte-Hermelyn participated in the process[,]" (*id.* at 1),  but he does not allege any facts or indicate how the Court possesses subject matter jurisdiction over the case.

On May 6, 2026, a United States Magistrate Judge recommended that the Court dismiss Ford's Complaint without prejudice for failure to state a claim upon which relief can be granted. (R&R, Doc. 9)  No party objected to the Report and Recommendation and the deadline for doing so expired on May 20. [1]

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 9). It is:

---

[1] On May 6, the Clerk's Office mailed a copy of the Report and Recommendation to Ford at the return address that he included in his Complaint. (*See* Doc. No. 10)  The document was returned as undeliverable. (*See* Return, Doc. 14)  Mailing of documents to the address that a litigant provides satisfies the notice requirement for a Report and Recommendation. *See Lewis v. Hardy*, 248 F. App'x 589, 593 n.1 (5th Cir. 2007) (unpubl.) (explaining that when the clerk's office mails a report and recommendation to the plaintiff's last known address and it is returned as undeliverable, the plaintiff "is solely responsible for not receiving" the mailing).

1 / 2

**ORDERED** that Plaintiff Dylan Ford's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on June 1, 2026.

Fernando Rodriguez, Jr.
United States District Judge